IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JHMAD KHAALIS SWINDELL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:12-cv-2607-O |
| CPL. JESSE LYNN WOODS et al., | § § § | |
| Defendants. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections. The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are correct. Accordingly, Petitioner's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge as the findings of the Court. Therefore, Defendant Jason Monroe Webb's Motion to Dismiss (ECF No. 35) is hereby **GRANTED** and Plaintiff's claims against Defendant Jason Monroe Webb are **DISMISSED without prejudice**. It is **ORDERED** that Plaintiff's request to amend his Complaint is **DENIED** and Plaintiff's request for sanctions and a contempt order against Defendant Jason Monroe Webb is **DENIED**.

SO ORDERED on this **26th day of February, 2014.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**